William C. Neasham, CSB # 72078
Patricia Kramer, CSB # 155484
NEASHAM & KRAMER LLP
Attorneys at Law
11201 Gold Express Drive, Suite 202
Gold River, CA  95670
Tel: (916) 853-8030, Fax: (916) 853-8039

Attorneys for Plaintiff CHERYL A. JEFFERY

Gary Basham, CSB #130119
Alden J. Parker, CSB #196808
Jackson Lewis LLP
801 K Street, Suite 2300
Sacramento, CA 95814
Tel: (916) 341-0404; Fax (916) 341-0141

Attorneys for Defendants CREDIT BUREAU, INC.
(erroneously sued as CBC COMPANIES AKA CBC
COMPANIES, INC., CBST, INC.; WEST COAST
DATA SERVICES, INC.)

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL A. JEFFERY<br><br>       Plaintiff,<br><br>  v.<br><br>CREDIT BUREAU, INC.; CBC COMPANIES<br>AKA CBC COMPANIES, INC.; CBST, INC.;<br>WEST COAST DATA SERVICES, INC.;  and<br>ACHIEVEGLOBAL, INC.,<br><br><br>      Defendants. | ) CASE NO.: CIV.S-03-0737 DFL PAN<br>)<br>)<br>)<br>)<br>) **JOINT STIPULATION AND [PROPOSED]**<br>) **ORDER REGARDING EARLY**<br>) **SETTLEMENT CONFERENCE AND**<br>) **MOTION TO EXCLUDE EXPERTS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      Plaintiff CHERYL A. JEFFERY ("Plaintiff") and CREDIT BUREAU, INC. (erroneously

sued herein as CBC COMPANIES AKA CBC COMPANIES, INC.; CBST, INC.; WEST COAST

DATA SERVICES, INC.) ("Defendant"), by and through the undersigned counsel, and subject to the approval of this Court, stipulate to the following:

WHEREAS, the parties have mutually agreed to request this matter be referred to an Early Settlement Conference on May 9, 2005;

WHEREAS, the parties have been informed by the Court Magistrate Judge Kimberly J. Mueller would be available to conduct an Early Settlement Conference on May 9, 2005 at 10:00 A.M.;

WHEREAS, in an effort to facilitate settlement discussions, the parties have stipulated that the hearing on the Motion to Exclude Defendant's Expert Witness shall be continued to June 8, 2005 at 10:00 A.M.;

WHEREAS, Defendant has no objection to and the parties have agreed that Plaintiff's Reply Memorandum in Support of her Motion to Exclude Defendant's Expert Witnesses shall be filed in accordance with the Federal Rules of Civil Procedure based on the June 8, 2005 hearing date;

THEREFORE, by and through their respective counsel of record, the parties hereby stipulate as follows:

(1)     This matter shall be referred to an Early Settlement Conference before Magistrate Judge Kimberly J. Mueller on May 9, 2005 at 10:00 a.m.

(2)     The hearing on Plaintiff's Motion to Exclude Defendant's Expert Witness shall be continued from May 4 to June 8, 2005 at 10:00 a.m. Plaintiff's Reply Memorandum in Support of the Motion to Exclude Defendant's Expert Witness shall be filed and served in accordance with the Federal Rules of Civil Procedure based on the June 8, 2005 hearing date.

////
////
////
////
////
////

**IT IS SO STIPULATED.**

Dated:  April 26, 2005                          NEASHAM & KRAMER LLP


                                                By:_____/S/_____
                                                    WILLIAM C. NEASHAM
                                                    PATRICIA KRAMER

                                                    Attorneys for Plaintiff
                                                    CHERYL A. JEFFERY


Dated:  April 26, 2005                          JACKSON LEWIS LLP


                                                By:_____/S/_____
                                                    GARY R. BASHAM
                                                    ALDEN J. PARKER

                                                    Attorneys for Defendant
                                                    CREDIT BUREAU, INC. (erroneously sued as CBC
                                                    COMPANIES AKA CBC COMPANIES, INC.; CBST,
                                                    INC.; WEST COAST DATA SERVICES, INC.)

## <u>ORDER</u>

Having considered the above, and good cause appearing, this matter is referred to Magistrate Judge Kimberly J. Mueller for an Early Settlement Conference to be held on May 9, 2005 at 10:00 A.M..  The hearing on Plaintiff's Motion to Exclude Defendant's Expert Witness is hereby continued until June 8, 2005 at 10:00 A.M.   Plaintiff's Reply Memorandum in Support of the Motion to Exclude Defendant's Expert Witness shall be filed and served in accordance with the Federal Rules of Civil Procedure based on the June 8, 2005 hearing date.

**IT IS SO ORDERED.**


Dated: _4/29/2005_____      /s/ David F. Levi_____
_____      UNITED STATES DISTRICT JUDGE