IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERYL JEFFERY,

    Plaintiff,

    v.

CREDIT BUREAU, INC.,
CBC COMPANIES aka CBC
COMPANIES, INC.; CBST, INC.;
WEST COAST DATA SERVICES,
INC.; and ACHIEVEGLOBAL,
INC.,

    Defendants.

_____/

CIV. S-03-737-DFL-PAN

<u>ORDER RE DISPOSITION AFTER
NOTIFICATION OF SETTLEMENT</u>

    The court has been advised by Patricia Kramer, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later

1

1 | than June 10, 2005, and,
2 |     2.  That all hearing dates previously set in this matter
3 | are vacated.
4 |     IT IS SO ORDERED.
5 | Dated: 5/12/2005

_____
DAVID F. LEVI
United States District Judge

2