1 William C. Neasham, CSB # 72078
2 Patricia Kramer, CSB # 155484
NEASHAM & KRAMER LLP
3 Attorneys at Law
11201 Gold Express Drive, Suite 202
4 Gold River, CA 95670
Tel: (916) 853-8030, Fax: (916) 853-8039

5 Attorneys for Plaintiff CHERYL A. JEFFERY

6 Gary Basham, CSB #130119
7 Alden J. Parker, CSB #196808
Jackson Lewis LLP
8 801 K Street, Suite 2300
Sacramento, CA 95814
9 Tel: (916) 341-0404; Fax (916) 341-0141

10 Attorneys for Defendants CREDIT BUREAU, INC.
(erroneously sued as CBC COMPANIES AKA CBC
11 COMPANIES, INC., CBST, INC.; WEST COAST
DATA SERVICES, INC.)

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL A. JEFFERY | CASE NO.: CIV.S-03-0737 DFL PAN |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND DISMISSAL** |
| CREDIT BUREAU, INC.; CBC COMPANIES AKA CBC COMPANIES, INC.; CBST, INC.; WEST COAST DATA SERVICES, INC.; and ACHIEVEGLOBAL, INC., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff CHERYL A. JEFFERY ("Plaintiff") and CREDIT BUREAU, INC. (erroneously sued herein as CBC

COMPANIES AKA CBC COMPANIES, INC.; CBST, INC.; WEST COAST DATA SERVICES, INC.) ("Defendant"), by and through the undersigned counsel, and subject to the approval of this Court, that the parties have settled all substantive matters in the lawsuit pertaining to equitable relief, damages and litigation costs. A confidential settlement agreement has been executed by the parties with each party and their counsel retaining a fully executed copy.

IT IS FURTHER STIPULATED by and between the parties to this action that Defendants, and each of them, shall be dismissed without prejudice pursuant to FRCP 41(a)(1).

SO STIPULATED:

Dated: July 8, 2005

NEASHAM & KRAMER LLP

By ____/s/ Patricia Kramer_____
    Patricia Kramer
    Attorney for Plaintiff, CHERYL JEFFERY

Dated:  July 8, 2005


By: __/s/ Alden J. Parker_____
    ALDEN J. PARKER
    Attorneys for Defendants CREDIT
    BUREAU, INC.

SO ORDERED.

Date: 7/15/2005

      ___/s/ David F. Levi_____
      U.S. District Judge, Eastern District of California